EDWARD M. ROBBINS, JR. (No. 82696)
HOCHMAN, SALKIN, RETTIG,
 TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3200
Fax:   (310) 859-1430
Robbins@taxlitigator.com

Attorney for Defendant
Igor Olenicoff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>            v.<br><br>IGOR M. OLENICOFF,<br><br>    Defendant. | SA CR No. 07-227-CJC<br><br>DEFENDANT'S POSITION ON SENTENCING |

Defendant IGOR OLENICOFF adopts the Guideline Presentence Report and Recommendation and the associated transmittal letter from the Probation Office, dated April 14, 2008, as his sentencing position in this case.

Dated: April 9, 2008

                            Respectfully submitted,

                            EDWARD M. ROBBINS, JR.
                            HOCHMAN, SALKIN, RETTIG,
                            TOSCHER & PEREZ, P.C.

                            By: [signature]
                            EDWARD M. ROBBINS, JR.
                            Counsel for Defendant IGOR OLENICOFF

**PROOF OF SERVICE BY EMAIL**

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

      On April 9, 2008, I served the foregoing document described as DEFENDANT'S POSITION ON SENTENCING on the interested parties in this action by placing the true copies of the original thereof enclosed in a sealed envelope addressed as follows:

Brett A. Sagel
Assistant United States Attorney
Ronald Reagan Federal Building
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701
Brett.Sagel@usdoj.gov

Joseph Abrams (via U.S. Mail)
U.S. Probation Officer
Central District of California
411 W. Fourth Street, Suite 4170
Santa Ana, CA 92701

      I placed such envelope with postage thereon fully prepaid in the United States mail at Beverly Hills, California.

      Executed on April 9, 2008, at Beverly Hills, California.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
VALERIE BISHOP

DEFENDANT'S POSITION ON SENTENCING