1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

HONORABLE CORMAC J. CARNEY, JUDGE PRESIDING

UNITED STATES OF AMERICA,    )
                             )       ORIGINAL
            PLAINTIFF,       )
                             )
     VS.                     )   SACR NO. 07-00227-CJC
                             )
IGOR MICHAEL OLENICOFF,      )
                             )
            DEFENDANT.        )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

WEDNESDAY, DECEMBER 12, 2007

1:00 P.M.


DEBORAH D. PARKER, CSR 10342
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
411 WEST FOURTH STREET
SUITE 1-053
SANTA ANA, CALIFORNIA 92701
(714) 542-8409
D.PARKER@IX.NETCOM.COM

*FILED*
CLERK, U.S. DISTRICT COURT
MAY 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY LAW                DEPUTY

DOCKETED ON CM
MAY 19 2008
BY LAW            039

*DEBORAH D. PARKER, U.S. COURT REPORTER*

2

1    APPEARANCES OF COUNSEL:

2

3        FOR THE PLAINTIFF, UNITED STATES OF AMERICA:

4                        THOMAS P. O'BRIEN
                         UNITED STATES ATTORNEY
5
                         ROBB C. ADKINS
6                        ASSISTANT UNITED STATES ATTORNEY
                         CHIEF, CRIMINAL DIVISION
7
                         BRETT A. SAGEL
8                        ASSISTANT UNITED STATES ATTORNEY
                         UNITED STATES DISTRICT COURT
9                        8000 RONALD REAGAN FEDERAL BUILDING
                         SANTA ANA, CALIFORNIA 92701
10                       (714) 338-3500

11

12       FOR THE DEFENDANT, IGOR M. OLENICOFF:

13                       EDWARD M. ROBBINS, JR.
                         HOCHMAN, SALKIN, RETTIG, TOSCHER &
14                       PEREZ, P.C.
                         9150 WILSHIRE BOULEVARD
15                       SUITE 300
                         BEVERLY HILLS, CALIFORNIA 90212
16                       (310) 281-3200

17

18

19

20

21

22

23

24

25

3

1          SANTA ANA, CALIFORNIA; WEDNESDAY, DECEMBER 12, 2007;

2                        1:00 P.M.

3               THE COURT:  GOOD AFTERNOON.

4               MR. ROBBINS:  GOOD AFTERNOON, YOUR HONOR.

5               THE CLERK:  ITEM NO. 3, SACR 07-00227-CJC, UNITED

6     STATES OF AMERICA VERSUS IGOR M. OLENICOFF.

7               COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE

8     RECORD.

9               MR. SAGEL:  GOOD AFTERNOON, YOUR HONOR.

10              MR. SAGEL, ON BEHALF OF THE GOVERNMENT.

11              MR. ROBBINS:  EDWARD ROBBINS FOR MR. OLENICOFF,

12    WHO IS PRESENT.

13              THE COURT:  MR. ROBBINS, AS I UNDERSTAND IT,

14    MR. OLENICOFF HAS REACHED AN AGREEMENT WITH THE GOVERNMENT

15    CONCERNING HIS CASE.

16              MR. ROBBINS:  CORRECT, YOUR HONOR.

17              THE COURT:  COULD I HAVE YOU BOTH APPROACH THE

18    LECTERN AND WE'LL PROCEED.

19         (PAUSE.)

20              THE COURT:  MR. OLENICOFF, I'M GOING TO BE ASKING

21    YOU A SERIES OF QUESTIONS, SIR.  IF AT ANY TIME YOU DON'T

22    UNDERSTAND MY QUESTION, WILL YOU LET ME KNOW?

23              DEFENDANT OLENICOFF:  ABSOLUTELY.  YES, YOUR

24    HONOR.

25              THE COURT:  AND IF AT ANY TIME AS WE ARE GOING

4

1  THROUGH THIS PROCEEDING YOU HAVE ANY QUESTIONS FOR ME, WOULD

2  YOU BE KIND ENOUGH TO GO AHEAD AND ASK ME THE QUESTION.

3          I'LL DO MY BEST TO TRY TO ANSWER IT.

4          DEFENDANT OLENICOFF:  OF COURSE, YOUR HONOR.

5          THE COURT:  AND THEN, FINALLY, IF AT ANY TIME YOU

6  WANT TO TALK TO MR. ROBBINS ABOUT ANYTHING THAT COMES UP,

7  JUST LET ME KNOW AND I'LL GIVE YOU A CHANCE TO DO THAT.

8          ALL RIGHT, SIR?

9          DEFENDANT OLENICOFF:  THANK YOU, YOUR HONOR.

10         THE COURT:  ALL RIGHT.  THE FIRST ORDER OF

11 BUSINESS IS I NEED TO PLACE YOU UNDER OATH, SO WOULD YOU BE

12 KIND ENOUGH TO RAISE YOUR RIGHT HAND AND MY COURTROOM DEPUTY

13 WILL TAKE IT FROM HERE.

14         IGOR MICHAEL OLENICOFF, DEFENDANT, SWORN

15         THE WITNESS:  I DO.

16         THE CLERK:  THANK YOU.

17         THE COURT:  SIR, YOU ARE NOW UNDER OATH, WHICH

18 MEANS YOU HAVE AN OBLIGATION TO ANSWER ALL MY QUESTIONS

19 TRUTHFULLY.  TO THE EXTENT YOU DON'T, YOU SUBJECT YOURSELF

20 TO PROSECUTION FOR PERJURY.

21         DO YOU UNDERSTAND?

22         DEFENDANT OLENICOFF:  YES, YOUR HONOR.

23         THE COURT:  WOULD YOU PLEASE TELL ME YOUR TRUE,

24 FULL, CORRECT NAME.

25         DEFENDANT OLENICOFF:  IGOR MICHAEL OLENICOFF.

1          THE COURT:  SIR, HOW OLD ARE YOU?

2          DEFENDANT OLENICOFF:  I'M 65.

3          THE COURT:  AND WHEN WERE YOU BORN?

4          DEFENDANT OLENICOFF:  SEPTEMBER 20TH, 1942.

5          THE COURT:  AND HOW MUCH EDUCATION DO YOU HAVE?

6          DEFENDANT OLENICOFF:  I HAVE AN ADVANCED DEGREE,

7     MASTERS OF SCIENCE FROM THE UNIVERSITY OF SOUTHERN

8     CALIFORNIA.

9          THE COURT:  NOW, ONE OF MY JOB DUTIES THIS

10    AFTERNOON, SIR, IS I GOT TO MAKE SURE THAT YOU UNDERSTAND

11    THIS DEAL, YOU UNDERSTAND THE CONSEQUENCES, AND IT'S A DEAL

12    YOU WANT TO GO FORWARD WITH.  SO I GOT TO ASK YOU JUST A FEW

13    PERSONAL QUESTIONS.

14         FIRST, I GOT TO ASK YOU HAVE YOU EVER BEEN TREATED

15    FOR ANY TYPE OF MENTAL ILLNESS IN THE PAST?

16         DEFENDANT OLENICOFF:  NO, YOUR HONOR.

17         THE COURT:  HAVE YOU EVER BEEN TREATED FOR ANY

18    TYPE OF DRUG OR ALCOHOL ADDICTION IN THE PAST?

19         DEFENDANT OLENICOFF:  NO.

20         THE COURT:  HAVE YOU TAKEN ANY DRUG OR ALCOHOL

21    WITHIN THE LAST 72 HOURS?

22         DEFENDANT OLENICOFF:  YES, YOUR HONOR, I HAVE.  I

23    ATTENDED A CHRISTMAS COMPANY -- CHRISTMAS PARTY IN FLORIDA

24    LAST NIGHT, SO I DID HAVE A COUPLE OF DRINKS.

25         THE COURT:  ALL RIGHT.  ANYTHING ABOUT THE

1    FESTIVITIES LAST NIGHT TO IMPACT YOUR ABILITY TO UNDERSTAND

2    WHAT IS GOING ON?

3              DEFENDANT OLENICOFF:  NO, YOUR HONOR.

4              THE COURT:  MR. ROBBINS, IN YOUR DEALINGS WITH

5    MR. OLENICOFF, DID YOU EVER GET ANY CONCERN ABOUT WHETHER HE

6    HAD FULL POSSESSION OF HIS FACULTIES?

7              MR. ROBBINS:  I HAVE NO SUCH CONCERN, YOUR HONOR.

8              THE COURT:  I WILL FIND THAT MR. OLENICOFF DOES

9    HAVE FULL POSSESSION OF HIS FACULTIES AND IS MENTALLY

10   COMPETENT TO PROCEED.

11             THE NEXT THING I WOULD LIKE TO TALK TO YOU ABOUT,

12   SIR, THE ACTUAL CHARGES THAT ARE CONTAINED WITHIN THE

13   INFORMATION.

14             MR. SAGEL, WOULD YOU BE KIND ENOUGH, SIR, TO TELL

15   US WHAT THE CHARGE IS AND THE ELEMENTS OF THE OFFENSE ARE.

16             MR. SAGEL:  YES, YOUR HONOR.

17             DEFENDANT IS CHARGED IN COUNT ONE WITH A VIOLATION

18   OF TITLE 26 UNITED STATES CODE SECTION 7206(1), WHICH IS

19   WILLFUL FILING OF A FALSE TAX RETURN, AND THE ELEMENTS OF

20   THIS CHARGE WOULD BE THE DEFENDANT MADE AND SUBSCRIBED A

21   RETURN, STATEMENT, OR OTHER DOCUMENT WHICH WAS FALSE AS TO A

22   MATERIAL MATTER; THE RETURN, STATEMENT, OR OTHER DOCUMENT

23   CONTAINED A WRITTEN DECLARATION THAT IT WAS MADE UNDER THE

24   PENALTIES OF PERJURY; THE DEFENDANT DID NOT -- THIRD, THE

25   DEFENDANT DID NOT BELIEVE THE RETURN, STATEMENT, OR OTHER

1    DOCUMENT TO BE TRUE AND CORRECT AS TO EVERY MATERIAL MATTER;

2    AND FOUR, THE DEFENDANT FALSELY SUBSCRIBED TO THE RETURN,

3    STATEMENT, OR OTHER DOCUMENT WILLFULLY, WITH THE SPECIFIC

4    INTENT TO VIOLATE THE LAW.

5         THE COURT:  THANK YOU, MR. SAGEL.

6         MR. OLENICOFF, DO YOU HAVE ANY QUESTIONS FOR ME

7    ABOUT THESE CHARGES?

8         DEFENDANT OLENICOFF:  NO, YOUR HONOR.

9         THE COURT:  YOU HAVE HAD A CHANCE TO GO OVER THEM

10    WITH MR. ROBBINS?

11         DEFENDANT OLENICOFF:  I HAVE.

12         THE COURT:  I SEE IN YOUR FILE, THERE IS A WAIVER

13    OF INDICTMENT FORM THAT LOOKS LIKE YOU SIGNED AND YOU WERE

14    BEFORE JUDGE BLOCK.  I'M GOING TO GO OVER YOUR RIGHTS TO BE

15    CHARGED BY WAY OF AN INDICTMENT WITH YOU AGAIN, SIR.

16         AS YOU MAY NOW KNOW, IN OUR SYSTEM, YOU HAVE THE

17    RIGHT TO BE CHARGED BY WAY OF AN INDICTMENT FROM A GRAND

18    JURY AS OPPOSED TO BE CHARGED BY WAY OF INFORMATION FROM THE

19    U.S. ATTORNEY.  A GRAND JURY IS AT LEAST 16 PEOPLE, NO MORE

20    THAN 23 PEOPLE.  THEY ARE GATHERED IN A ROOM.  THE

21    GOVERNMENT SUBMITS THESE CHARGES TO THEM, SIR.  THEN, THEY

22    HAVE TO DETERMINE WHETHER THERE IS PROBABLE CAUSE THAT THE

23    OFFENSE CHARGED WAS COMMITTED, AND YOU WERE THE PERSON THAT

24    COMMITTED IT.

25         IF THIS MATTER WAS SUBMITTED TO A GRAND JURY, THEY

1   MAY OR MAY NOT COME BACK WITH AN INDICTMENT AGAINST YOU.  IF

2   WE PROCEED, WE ARE GOING TO BE ACTING AS IF YOU HAD BEEN

3   CHARGED BY WAY OF AN INDICTMENT FROM A GRAND JURY.

4           DO YOU UNDERSTAND THAT?

5           DEFENDANT OLENICOFF:  YES, YOUR HONOR.

6           THE COURT:  AND IS IT YOUR DESIRE TO GIVE UP YOUR

7   RIGHT TO BE CHARGED BY WAY OF AN INDICTMENT FROM A GRAND

8   JURY?

9           DEFENDANT OLENICOFF:  YES, YOUR HONOR.

10          THE COURT:  MR. ROBBINS, DO YOU JOIN AND CONCUR IN

11  THAT WAIVER?

12          MR. ROBBINS:  I JOIN, YOUR HONOR.

13          THE COURT:  VERY WELL.  THEN, WHAT I WOULD LIKE TO

14  NEXT TALK TO YOU ABOUT, MR. OLENICOFF, IS THE ACTUAL PLEA

15  AGREEMENT THAT YOU REACHED WITH THE GOVERNMENT.  I DO HAVE A

16  COPY OF THAT IN FRONT OF ME.

17          IF I COULD DIRECT YOUR ATTENTION TO PAGE 17, LOOKS

18  LIKE AROUND LINE 8, THERE IS A SIGNATURE THAT PURPORTS TO BE

19  YOURS.

20          IS THAT YOUR SIGNATURE, SIR?

21          DEFENDANT OLENICOFF:  YES, YOUR HONOR.

22          THE COURT:  AND DID YOU SIGN THIS, LOOKS LIKE, ON

23  OR ABOUT OCTOBER 17TH OF THIS YEAR?

24          DEFENDANT OLENICOFF:  YES, YOUR HONOR.

25          THE COURT:  AND PRIOR TO SIGNING THIS, SIR, DID

9

```
 1    YOU HAVE A CHANCE TO READ ALL OF THE TERMS OF THIS PLEA
 2    AGREEMENT TO YOURSELF?
 3              DEFENDANT OLENICOFF:  YES, YOUR HONOR.
 4              THE COURT:  DID YOU DISCUSS IT WITH MR. ROBBINS?
 5              MR. ROBBINS:  I DID.
 6              THE COURT:  I KNOW THIS IS A GENERAL QUESTION, BUT
 7    AS YOU STAND THERE THIS AFTERNOON, DO YOU HAVE ANY QUESTION
 8    FOR ME ABOUT ANY TERM OR CONDITION OF THIS PLEA AGREEMENT?
 9              DEFENDANT OLENICOFF:  NO, YOUR HONOR.
10              THE COURT:  OKAY.  NOW, ONE OF THE THINGS I WANTED
11    TO MAKE SURE IS THAT YOU ARE, FOR LACK OF A BETTER WAY TO
12    PUT IT, COMFORTABLE WITH THIS AGREEMENT; THAT YOU WANT TO
13    PROCEED FORWARD, BECAUSE IF I TAKE A GUILTY PLEA FROM YOU,
14    THE SENTENCING RECOMMENDATIONS THAT ARE IN THIS PLEA
15    AGREEMENT ARE NOT BINDING ON ME.  THAT MEANS, I CAN MAKE
16    YOUR SENTENCE MORE SEVERE OR LESS SEVERE THAN WHAT'S IN
17    HERE.  IF I MAKE IT LESS SEVERE, I DON'T THINK YOU ARE GOING
18    TO HAVE A PROBLEM WITH THAT; BUT IF I MAKE IT MORE SEVERE
19    THAN WHAT'S BEEN RECOMMENDED, THAT I IMAGINE WOULD BE
20    TROUBLING TO YOU.  YOU MIGHT NOT BE ABLE TO WITHDRAW ANY
21    GUILTY PLEA THAT YOU MIGHT ENTER THIS AFTERNOON.
22              DO YOU UNDERSTAND THAT?
23              DEFENDANT OLENICOFF:  I UNDERSTAND, YOUR HONOR.
24              THE COURT:  AND THEN ALSO I WANTED TO MAKE SURE
25    THAT YOU'RE AWARE AND UNDERSTAND THAT IN YOUR PLEA AGREEMENT
```

1   YOU ARE GIVING UP VERY IMPORTANT RIGHTS TO APPEAL AND TO

2   COLLATERALLY ATTACK ANY CONVICTION THAT YOU WOULD HAVE AS A

3   RESULT OF THIS CASE AND A GUILTY PLEA.

4           IF YOU LOOK ON PAGE 14 OF YOUR PLEA AGREEMENT, IS

5   THAT THE WAIVER THAT I'M TALKING ABOUT?

6           DEFENDANT OLENICOFF:  YES, YOUR HONOR.

7           THE COURT:  MR. SAGEL, WOULD YOU BE KIND ENOUGH TO

8   TELL US WHAT THIS WAIVER ENTAILS?

9           MR. SAGEL:  YES, YOUR HONOR.

10          THE DEFENDANT GIVES UP HIS RIGHT TO APPEAL ANY

11  SENTENCE IMPOSED BY THE COURT, IN THE MANNER IN WHICH THE

12  SENTENCE IS DETERMINED, PROVIDED THAT THE SENTENCE IS WITHIN

13  THE STATUTORY MAXIMUM SPECIFIED ABOVE AND IS CONSTITUTIONAL,

14  THE STATUTORY MAXIMUM IS THREE YEARS, YOUR HONOR.  THE

15  COURT, IN DETERMINING THE APPLICABLE GUIDELINE RANGE, DOES

16  NOT DEPART UPWARD IN OFFENSE LEVEL OR CRIMINAL HISTORY

17  CATEGORY AND DETERMINES THAT THE OFFENSE LEVEL IS FOUR OR

18  BELOW, AND THE COURT IMPOSES A SENTENCE WITHIN OR BELOW THE

19  RANGE CORRESPONDING TO THE DETERMINED TOTAL OFFENSE LEVEL

20  AND CRIMINAL HISTORY CATEGORY.

21          DEFENDANT ALSO GIVES UP ANY RIGHT TO BRING A

22  POST-CONVICTION COLLATERAL ATTACK ON THE CONVICTION OR

23  SENTENCE, EXCEPT A POST-CONVICTION COLLATERAL ATTACK BASED

24  ON A CLAIM OF INEFFECTIVE ASSISTANCE OF COUNSEL, A CLAIM OF

25  NEWLY DISCOVERED EVIDENCE, OR AN EXPLICITLY RETROACTIVE

1    CHANGE IN THE APPLICABLE GUIDELINE SENTENCING STATUTES, OR

2    STATUTES OF CONVICTION.

3            NOTWITHSTANDING THE FOREGOING, DEFENDANT RETAINS

4    THE ABILITY TO APPEAL THE CONDITIONS OF PROBATION OR

5    SUPERVISED RELEASE IMPOSED BY THE COURT, WITH THE EXCEPTION

6    OF THE FOLLOWING:  STANDARD CONDITIONS SET FORTH IN DISTRICT

7    COURT GENERAL ORDERS 318 AND 01-05; THE DRUG TESTING

8    CONDITIONS MANDATED BY 18 UNITED STATES CODE SECTIONS

9    3563(A)(5) AND 3583(D) AND THE ALCOHOL AND DRUG USE

10   CONDITIONS AUTHORIZED BY 18 UNITED STATES CODE SECTION

11   3563(B)(7).

12           THE COURT:  VERY WELL.  MR. OLENICOFF, DO YOU HAVE

13   ANY QUESTIONS FROM ME, SIR, ABOUT THIS WAIVER?

14           DEFENDANT OLENICOFF:  NO, I DON'T, YOUR HONOR.

15           THE COURT:  NOW, YOU DO UNDERSTAND THAT THIS

16   AGREEMENT REALLY ISN'T BINDING UNTIL I ACCEPT A GUILTY PLEA

17   FROM YOU.  ONCE I DO THAT, IT'S GOING TO BE VERY, VERY

18   DIFFICULT FOR YOU TO UNDO THIS DEAL.

19           DO YOU UNDERSTAND THAT?

20           DEFENDANT OLENICOFF:  YES, YOUR HONOR.

21           THE COURT:  AND YOU WANT TO GO FORWARD?

22           DEFENDANT OLENICOFF:  YES, YOUR HONOR.

23           THE COURT:  I NEED TO GO OVER SOME OF THE

24   CONSEQUENCES OR OBLIGATIONS THAT YOU WILL HAVE UNDER THIS

25   PLEA AGREEMENT.  JUST MAKE SURE YOU HAVE NO QUESTIONS.  I

1   WAS NOTING IN THE PLEA AGREEMENT ON -- LOOKS LIKE, STARTING

2   ON PAGE 9, SIR, AND THEN GOING FOR SEVERAL PAGES, THERE ARE

3   SEVERAL OBLIGATIONS THAT YOU ARE GOING TO BE UNDERTAKING.

4   FOR INSTANCE, IT LOOKS LIKE YOU ARE GOING TO BE, AS I

5   UNDERSTAND IT, TRANSFERRING ANY MONEY THAT YOU HAVE IN

6   FOREIGN FINANCIAL BANK ACCOUNTS TO ACCOUNTS IN THIS COUNTRY.

7           DO YOU UNDERSTAND THAT?

8           DEFENDANT OLENICOFF:  YES, YOUR HONOR.

9           THE COURT:  AND THEN, ALSO, LOOKS LIKE YOU ARE

10   GOING TO PREPARE CERTAIN CLOSING AGREEMENTS.

11           DO YOU UNDERSTAND THAT?

12           DEFENDANT OLENICOFF:  WELL, I BELIEVE MY COUNSEL

13   WILL, YES.

14           THE COURT:  OKAY.  YOU KNOW, IT PROBABLY WOULDN'T

15   BE PRODUCTIVE FOR ME TO GO OVER EACH AND EVERY ONE OF THOSE.

16   I JUST WANT TO MAKE SURE.

17           ARE THERE ANY OF THESE OBLIGATIONS THAT ARE SET

18   FORTH IN THIS PLEA AGREEMENT YOU HAVE A QUESTION OR CONCERN

19   ABOUT THAT YOU WOULD LIKE TO RAISE WITH ME?

20           DEFENDANT OLENICOFF:  NO, YOUR HONOR.  I HAVE READ

21   THEM AND UNDERSTAND THEM ALL.

22           THE COURT:  OKAY.  I ALSO WANT TO MAKE SURE YOU

23   UNDERSTAND THAT BY ENTERING A GUILTY PLEA, PURSUANT TO THIS

24   PLEA AGREEMENT, SIR, YOU COULD BE GIVING UP SOME VERY

25   IMPORTANT CIVIL RIGHTS, LIKE THE RIGHT TO VOTE, THE RIGHT TO

1   HOLD PUBLIC OFFICE, THE RIGHT TO SIT ON A JURY, THE RIGHT TO

2   CARRY A FIREARM.

3            DO YOU UNDERSTAND THAT?

4            DEFENDANT OLENICOFF:  YES, YOUR HONOR.

5            THE COURT:  DO YOU ALSO UNDERSTAND, SIR, MAYBE,

6   SOME OF THESE CONSEQUENCES MIGHT NOT APPLY TO YOU.  I KNOW

7   VERY LITTLE ABOUT YOU OTHER THAN WHAT I HAVE SEEN IN THE

8   PLEA AGREEMENT AND WHAT IT SAID IN THE INFORMATION AND WHAT

9   I'M FINDING OUT ABOUT NOW.

10            BUT DEPENDING ON YOUR PERSONAL CIRCUMSTANCES, BY

11  ENTERING A GUILTY PLEA PURSUANT TO THIS PLEA AGREEMENT, YOU

12  COULD BE SUBJECTING YOURSELF TO DEPORTATION, DENIAL OF

13  CITIZENSHIP AND PERMANENT RESIDENCY STATUS.

14            DO YOU UNDERSTAND THAT?

15      (PAUSE.)

16            THE COURT:  WELL, TAKE AS MUCH TIME AS YOU NEED,

17  SIR.

18            DEFENDANT OLENICOFF:  I DON'T UNDERSTAND.  I DON'T

19  BELIEVE THAT APPLIES TO ME.  I'M NOT -- I'M NOT -- FOREIGN

20  CITIZEN.

21            THE COURT:  OKAY.  AGAIN, MY JOB IS JUST TO MAKE

22  SURE THAT YOU ARE FULLY APPRISED OF POTENTIAL CONSEQUENCES.

23  YOU MIGHT BE ABSOLUTELY RIGHT.  I DON'T KNOW.  AND I CAN'T

24  GIVE YOU LEGAL ADVICE.  BUT WHAT I AM REQUIRED TO MAKE SURE

25  IS, HEY, THERE ARE THESE ISSUES OUT HERE AND IT COULD HAVE

1   IMMIGRATION CONSEQUENCES TO YOU, DEPENDING ON WHAT YOUR

2   STATUS IS.  AND I DON'T WANT YOU TO BE ABLE TO SAY, "HEY, I

3   DIDN'T KNOW ANYTHING ABOUT THAT, AND JUDGE CARNEY DIDN'T SAY

4   ANYTHING ABOUT THAT WHEN I ENTERED A GUILTY PLEA."

5          WOULD YOU LIKE ANY TIME TO DISCUSS WITH YOUR

6   LAWYER, OR TO RESEARCH THIS, OR DO YOU FEEL COMFORTABLE

7   GOING FORWARD?

8          DEFENDANT OLENICOFF:  I FEEL COMFORTABLE GOING

9   FORWARD, YOUR HONOR.

10         THE COURT:  OKAY.  THEN, I DON'T KNOW IF YOU HAVE

11  ANY STATE INVESTIGATIONS, PROSECUTIONS AGAINST YOU.  BUT I

12  NEED TO MAKE SURE THAT YOU UNDERSTAND WHATEVER HAPPENS IN

13  THIS CASE AND WHATEVER SENTENCE YOU HAVE IS GOING TO BE

14  INDEPENDENT AND IS NOT GOING TO RUN CONCURRENTLY WITH ANY

15  STATE SENTENCE THAT MIGHT BE IMPOSED AGAINST YOU.

16         DO YOU UNDERSTAND THAT?

17         DEFENDANT OLENICOFF:  YES, YOUR HONOR.  I DON'T

18  HAVE ANY.

19         THE COURT:  OKAY.  I HAVE ANOTHER GENERAL QUESTION

20  FOR YOU:  IT'S IMPORTANT THAT I HAVE A VERY GOOD

21  UNDERSTANDING OF WHAT'S BEEN PROMISED TO YOU BY THE

22  GOVERNMENT, AND I WANT TO MAKE SURE THAT THERE ARE NO SIDE

23  PROMISES OR ORAL REPRESENTATIONS THAT HAVE BEEN MADE TO YOU

24  BY ANYONE ASSOCIATED WITH THE GOVERNMENT; THAT TO THE BEST

25  OF YOUR KNOWLEDGE EVERYTHING THAT'S BEEN PROMISED TO YOU IS

1    ACTUALLY CONTAINED WITHIN THE PLEA AGREEMENT.

2            IS THAT THE CASE?

3            DEFENDANT OLENICOFF:  YES, YOUR HONOR.

4            THE COURT:  MR. ROBBINS, TO THE BEST OF YOUR

5    KNOWLEDGE, IS EVERYTHING THAT HAS BEEN PROMISED TO

6    MR. OLENICOFF CONTAINED IN THE PLEA AGREEMENT?

7            MR. ROBBINS:  IT IS, YOUR HONOR.

8            THE COURT:  AND HAVE YOU DISCUSSED THE PLEA

9    AGREEMENT WITH HIM?

10           MR. ROBBINS:  I HAVE, YOUR HONOR.

11           THE COURT:  FEEL IT'S IN HIS BEST INTEREST TO

12   ENTER A GUILTY PLEA?

13           MR. ROBBINS:  IT IS, YOUR HONOR.

14           THE COURT:  MR. SAGEL, I ASSUME IT'S THE ENTIRE

15   AGREEMENT, SIR?

16           MR. SAGEL:  YES, YOUR HONOR.

17           THE COURT:  OKAY.  WHY DON'T WE THEN TALK ABOUT

18   THE PENALTIES AND PUNISHMENTS THAT APPLY TO THIS CHARGE.

19   I'M GOING TO HAVE MR. SAGEL EXPLAIN TO US WHAT THOSE

20   PENALTIES AND PUNISHMENTS ARE.

21           BEFORE HE DOES THAT, MR. OLENICOFF, I WANT TO MAKE

22   SURE I'M NOT CONFUSING YOU OR UNNECESSARILY ALARMING YOU.

23   REMEMBER, I TOLD YOU AT THE BEGINNING OF THIS HEARING OR

24   EARLIER THAT THE RECOMMENDATIONS AS FAR AS APPROPRIATE

25   SENTENCE IN YOUR CASE ARE NOT BINDING ON ME.

1    DEFENDANT OLENICOFF:  YES, YOUR HONOR.

2    THE COURT:  AND SO THE LAW REQUIRES THAT THIS

3  HEARING THAT YOU BE APPRISED OF WHAT THE MAXIMUM PENALTIES

4  AND PUNISHMENTS ARE.  SO BEFORE YOU ENTER A GUILTY PLEA YOU

5  ARE AWARE OF THAT.  BECAUSE LIKE I INDICATED TO YOU, IT'S

6  VERY DIFFICULT TO WITHDRAW A GUILTY PLEA.

7    DEFENDANT OLENICOFF:  I UNDERSTAND, YOUR HONOR.

8    THE COURT:  OKAY.  MR. SAGEL.

9    MR. SAGEL:  THANK YOU, YOUR HONOR.

10    THE STATUTORY MAXIMUM SENTENCE THAT THE COURT CAN

11  IMPOSE FOR A VIOLATION OF TITLE 26 UNITED STATES CODE

12  SECTION 7206, SUBPARAGRAPH 1, IS:  THREE YEARS'

13  IMPRISONMENT, A THREE-YEAR PERIOD OF SUPERVISED RELEASE; A

14  FINE OF $100,000 OR TWICE THE GROSS GAIN OR GROSS LOSS,

15  RESULTING FROM THE OFFENSE, WHICHEVER IS GREATEST AND A

16  MANDATORY SPECIAL ASSESSMENT OF $100.

17    ONE SECOND, YOUR HONOR.  I APOLOGIZE, YOUR HONOR.

18  AND A MANDATORY SPECIAL ASSESSMENT OF $100.

19    THE COURT MAY ORDER DEFENDANT TO PAY ADDITIONAL

20  TAXES, INTEREST AND PENALTIES THAT THE DEFENDANT OWES TO THE

21  UNITED STATES.  ALSO, THE COURT MUST ORDER DEFENDANT TO PAY

22  THE COSTS OF PROSECUTION, WHICH MAY BE IN ADDITION TO THE

23  STATUTORY MAXIMUM FINE STATED ABOVE.

24    AND IF I CAN JUST CLARIFY ONE THING WITH YOUR

25  HONOR.

1        THE COURT:  PLEASE.

2        MR. SAGEL:  THERE IS THE PART -- THE COURT MUST

3    ORDER DEFENDANT TO PAY -- SORRY, THE PART AFTER THAT.  THE

4    COURT MAY ORDER DEFENDANT TO PAY ANY ADDITIONAL TAXES,

5    INTEREST AND PENALTIES THAT THE DEFENDANT OWES THE UNITED

6    STATES PRIOR TO THIS AGREEMENT BEING FINALIZED.

7        DEFENDANT, VIA HIS ATTORNEY AND THE GOVERNMENT,

8    HAS PAID HIS ADDITIONAL TAXES, INTEREST AND PENALTIES, WHICH

9    AMOUNTED TO $52 MILLION AND SOME CHANGE.  $52,018,460.

10       SO WHILE YOUR HONOR CAN ORDER IT, I BELIEVE TO

11   DATE IT HAS BEEN PAID.

12       THE COURT:  I APPRECIATE THAT CLARIFICATION.  I

13   THINK IT'S IMPORTANT THAT WE ARE ALL ON THE SAME PAGE.

14       SO THE GOVERNMENT HAD A SUBSTANTIAL TAX OBLIGATION

15   THEY FELT WAS OWED.  AND TO THE BEST OF YOUR KNOWLEDGE, IT'S

16   BEEN PAID TO DATE.

17       MR. SAGEL:  YES, YOUR HONOR.  AT LEAST FOR THE TAX

18   YEARS COVERED IN THIS AGREEMENT.  I BELIEVE IT WENT UP TO

19   2004.

20       MR. ROBBINS:  CORRECT.

21       THE COURT:  SO THAT'S SIX YEARS OF TAXES.

22       ALL RIGHT.  SO, THEN, IT WOULD SEEM MANY OF THE

23   OBLIGATIONS THAT MR. OLENICOFF HAS UNDER THIS PLEA

24   AGREEMENT, HE HAS ALREADY PERFORMED THEM THEN.

25       MR. ROBBINS:  YES, YOUR HONOR.

1          THE REFUND CLAIM REFERRED TO UNDER DEFENDANT'S

2    OBLIGATIONS AT PARAGRAPH 15(G), THAT'S ALREADY BEEN

3    ABANDONED.  THE CLOSING AGREEMENT IS -- HAS BEEN CREATED,

4    HAS BEEN SIGNED BY THE TAXPAYER AND HAS NOT YET BEEN SIGNED

5    BY THE IRS, BUT THERE IS NO REASON THAT IT WON'T BE, SINCE

6    THEY DRAFTED IT.  SO THAT'S SQUARED AWAY AS WELL.

7          MR. SAGEL:  JUST TO CLARIFY, YOUR HONOR.  YOUR

8    HONOR IS ON THE RIGHT TRACK THAT MANY OF THEM HAVE BEEN

9    TAKEN CARE OF AHEAD OF TIME.  AND MR. ROBBINS AND HIS CLIENT

10   HAVE BEEN WORKING ON MOVING ON THE OTHERS.  FOR EXAMPLE,

11   THE -- AND MR. ROBBINS CAN CORRECT ME IF I'M WRONG WITH

12   REGARDS TO MOVING THE ACCOUNTS INTO THE UNITED STATES.  I

13   THINK THEY STARTED THE PROCESS.  I THINK MR. ROBBINS HAS

14   INFORMED ME IT WILL PROBABLY REQUIRE AT LEAST A TRIP BY THE

15   DEFENDANT TO FINALIZE SOME OF THE PAPERWORK IN FOREIGN

16   COUNTRIES TO MOVE THEM BACK.  IT'S JUST A MATTER OF

17   FINALIZING MOST OF THE STEPS.

18          THE COURT:  ALL RIGHT.  MORE IMPORTANTLY,

19   MR. OLENICOFF, IS THERE ANY QUESTIONS YOU HAVE ABOUT ANY OF

20   OUR DISCUSSIONS THAT WE HAVE HAD OR ANY OF THOSE PENALTIES

21   AND PUNISHMENTS THAT MR. SAGEL REPRESENTED TO US?

22          DEFENDANT OLENICOFF:  NO, YOUR HONOR.

23          THE COURT:  OKAY.  I ALSO NEED TO MAKE SURE YOU

24   UNDERSTAND WE NO LONGER HAVE A PROGRAM OF PAROLE IN OUR

25   FEDERAL SYSTEM.

1       LET ME TELL YOU WHY THAT WAS SIGNIFICANT.  GIVEN

2   THERE IS THE ISSUE OF CUSTODY ON THE TABLE, WHEN SOMEONE WAS

3   SENTENCED TO TIME IN CUSTODY, WE USED TO HAVE A PROGRAM OF

4   PAROLE WHERE THEY WOULD BE RELEASED EARLY.  THEY WOULDN'T

5   HAVE TO SPEND THAT ENTIRE TIME IN CUSTODY.  THEY WOULD BE

6   SUBJECT TO CERTAIN TERMS AND CONDITIONS.

7       RIGHTFULLY OR WRONGFULLY, WE HAVE GOTTEN RID OF

8   THE PROGRAM OF PAROLE.  SO WHAT THAT MEANS IN YOUR CASE,

9   IF -- AND IT MIGHT BE A BIG "IF," BUT I DON'T KNOW IF YOU

10  ARE SENTENCED TO TIME IN CUSTODY, YOU WILL NOT BE RELEASED

11  EARLY ON A PROGRAM OF PAROLE.

12      DO YOU UNDERSTAND THAT?

13      DEFENDANT OLENICOFF:  YES, YOUR HONOR.

14      THE COURT:  ALSO, YOU MAY BE SUBJECT TO SUPERVISED

15  RELEASE.  SUPERVISED RELEASE IS A PROGRAM ONCE YOU ARE OUT

16  OF CUSTODY WHERE YOU MUST ABIDE BY CERTAIN TERMS AND

17  CONDITIONS.  AND IF YOU VIOLATE ANY OF THOSE TERMS AND

18  CONDITIONS, THE CONSEQUENCES TO YOU, SIR, ARE VERY SEVERE.

19  YOU WILL HAVE TO SPEND SIGNIFICANT TIME IN CUSTODY.

20  ACTUALLY, EVEN MAYBE POSSIBLY MORE THAN THE STATUTORY

21  MAXIMUM THAT MR. SAGEL ADVISED OF EARLIER.

22      DO YOU UNDERSTAND THAT?

23      DEFENDANT OLENICOFF:  YES, YOUR HONOR.

24      THE COURT:  ALSO, AGAIN, I'M NOT FAMILIAR WITH

25  YOUR PERSONAL HISTORY OR CIRCUMSTANCES.  BUT IF YOU ARE ON

1   SUPERVISED RELEASE, PROBATION, OR PAROLE FROM SOME EARLIER

2   MATTER, BY ENTERING A GUILTY PLEA THIS AFTERNOON YOU COULD

3   BE VIOLATING THE TERMS AND CONDITIONS OF THAT OTHER

4   SUPERVISED RELEASE, PROBATION, OR PAROLE.

5            DO YOU UNDERSTAND THAT?

6            DEFENDANT OLENICOFF:  YES, YOUR HONOR.

7            THE COURT:  NOW, I SEE IN YOUR PLEA AGREEMENT, WE

8   HAVE REFERENCED OUR SENTENCING GUIDELINES.

9            HAS MR. ROBBINS GONE OVER WITH YOU OUR SENTENCING

10  GUIDELINES?

11           DEFENDANT OLENICOFF:  YES, YOUR HONOR.

12           THE COURT:  THESE ARE GUIDELINES, SIR, THAT WHEN

13  IT COMES TIME TO DETERMINE YOUR SENTENCE, I MUST CONSIDER

14  THEM.  I ALSO MUST DETERMINE WHETHER THERE ARE ANY

15  APPROPRIATE DEPARTURES UNDER THE GUIDELINES, UPWARD OR

16  DOWNWARD, THAT WOULD APPLY AND THEN I ALSO LOOK AT CERTAIN

17  SENTENCING FACTORS UNDER 18 U.S. SECTION 3563, WHICH IS THE

18  FEDERAL STATUTE THAT APPLIES FOR SENTENCING AND SOME OF

19  THOSE FACTORS.  JUST SO YOU HAVE A SENSE OF THEM, IT'S THE

20  NATURE AND CIRCUMSTANCES OF THE OFFENSE HISTORY AND

21  CHARACTERISTICS UNIQUE TO YOURSELF.  I NEED TO MAKE SURE

22  THAT A SENTENCE REFLECTS THE SERIOUSNESS OF THE OFFENSE.  IT

23  PROMOTES RESPECT FOR THE LAW.  IT PROVIDES JUST PUNISHMENT.

24  I NEED TO MAKE SURE THAT THE SENTENCE AFFORDS ADEQUATE

25  DETERRENCE.  I NEED TO MAKE SURE THAT I PROTECT THE PUBLIC

1   FROM CERTAIN CRIMES.  I NEED TO MAKE SURE THAT I PROVIDE YOU

2   WITH ANY NEEDED EDUCATIONAL, VOCATIONAL TRAINING, MEDICAL

3   CARE, OR OTHER CORRECTIONAL TREATMENT.  I NEED TO MAKE SURE

4   THAT THE SENTENCE THAT I IMPOSE IS CONSISTENT WITH PEOPLE

5   WHO MAY BE SIMILARLY SITUATED TO YOURSELF.  AND THEN,

6   OBVIOUSLY, I NEED TO MAKE SURE IF ANY RESTITUTION TO ANY

7   VICTIM OR BACK TAXES ARE OWED, THAT THAT'S TAKEN CARE OF.

8   SO I CONSIDER ALL OF THOSE FACTORS.

9           I CONSIDER PROBATION'S CALCULATION OF WHAT THE

10  SENTENCING GUIDELINES WOULD BE.  I LOOK AT THE PLEA

11  AGREEMENT.  I WANT TO HEAR ANYTHING YOU HAVE TO SAY.  I WANT

12  TO HEAR ANYTHING MR. ROBBINS HAS TO SAY, AND I WANT TO HEAR

13  ANYTHING MR. SAGEL HAS TO SAY.  AND THEN I DETERMINE YOUR

14  SENTENCE.

15          I WOULD IMAGINE SOMEONE IN YOUR SITUATION WOULD

16  WANT TO KNOW WHAT THE SENTENCE IS GOING TO BE BEFORE YOU

17  PLEAD GUILTY.  UNFORTUNATELY, I CANNOT TELL YOU THAT.

18  THAT'S SOMETHING I'M GOING TO HAVE TO WAIT UNTIL I HAVE ALL

19  THIS INFORMATION IN THE PRESENTENCE INVESTIGATION REPORT.

20          BUT I CAN ANSWER ANY QUESTIONS YOU MIGHT HAVE FOR

21  ME ABOUT THE PROCESS, HOW IT WORKS, OR WHAT I AM GOING TO

22  CONSIDER.

23          DO YOU HAVE ANY QUESTIONS FOR ME?

24          DEFENDANT OLENICOFF:  NO, YOUR HONOR.  I FULLY

25  UNDERSTAND.

1          THE COURT:  OKAY.  WHY DON'T WE THEN TALK ABOUT

2   GIVING UP SOME FUNDAMENTAL CONSTITUTIONAL RIGHTS TO A TRIAL,

3   IF YOU GO FORWARD.

4          UNDER OUR SYSTEM, SIR, YOU HAVE THE RIGHT TO A

5   PUBLIC AND SPEEDY TRIAL ON THESE CHARGES.  I WOULD IMPANEL

6   12 PEOPLE IN THE JURY BOX, LIKE THE ONE TO MY LEFT, YOUR

7   RIGHT; AND MR. SAGEL AND THE GOVERNMENT HAS THE BURDEN OF

8   PROVING YOU GUILTY BEYOND A REASONABLE DOUBT ON THESE

9   CHARGES.

10         AT THAT TRIAL, YOU HAVE THE RIGHT TO AN ATTORNEY;

11  AND IF YOU COULDN'T AFFORD ONE, I WOULD APPOINT ONE FOR YOU

12  AT NO COST TO YOU.  THROUGH YOUR ATTORNEY, YOU HAVE THE

13  RIGHT TO CONFRONT AND CROSS-EXAMINE ANY WITNESSES MR. SAGEL

14  AND THE GOVERNMENT BRINGS INTO COURT TO TESTIFY AGAINST YOU.

15  YOU ALSO HAVE THE RIGHT TO PRESENT YOUR OWN EVIDENCE, SIR,

16  AND I WOULD HELP YOU IN THAT REGARD.  IF THERE WAS ANY

17  PERSON OUT THERE THAT YOU WANTED TO TESTIFY BEFORE THE JURY,

18  WHETHER THAT PERSON WANTED TO COME OR NOT, I WOULD ISSUE A

19  SUBPOENA REQUIRING THAT PERSON TO COME TO COURT TO TESTIFY.

20         IF THERE WAS ANY PERSON OUT THERE THAT HAD A

21  DOCUMENT OR ANY KIND OF PHYSICAL BIT OF EVIDENCE THAT YOU

22  WANTED TO SHOW THE JURY, I WOULD ALSO ISSUE A SUBPOENA

23  BACKED UP BY THE U.S. MARSHAL TO REQUIRE THAT PERSON TO COME

24  INTO COURT, SHOW THOSE DOCUMENTS TO THE JURY.  THEN AT A

25  TRIAL, YOU WOULD ALSO HAVE THE RIGHT TO TAKE THE STAND, TELL

```
 1   THE JURY WHAT YOU DID, WHY YOU DID IT, IF YOU WANTED TO,

 2   SIR.  IF YOU DECIDED, I DON'T WANT TO DO THAT, I WANT TO

 3   REMAIN SILENT, THAT WOULD BE FINE BECAUSE UNDER OUR

 4   CONSTITUTION, YOU HAVE THE RIGHT TO REMAIN SILENT THROUGHOUT

 5   THE TRIAL.  THAT CANNOT BE USED AGAINST YOU IN ANY WAY.

 6   AGAIN, IT'S THE GOVERNMENT'S BURDEN TO PROVE YOUR GUILT.

 7   YOU DON'T HAVE TO PROVE YOUR INNOCENCE.

 8             IF WE HAD A TRIAL, SIR, AND THE JURY CAME BACK

 9   WITH A GUILTY VERDICT, YOU WOULD HAVE THE RIGHT TO -- I

10   MEAN, AS A RESULT OF IT, IF WE GO FORWARD AND I TAKE A

11   GUILTY PLEA FROM YOU, YOU ARE GOING TO BE GIVING UP ALL

12   CONSTITUTIONAL RIGHTS TO A TRIAL.

13             DO YOU UNDERSTAND THAT?

14             DEFENDANT OLENICOFF:  YES, YOUR HONOR.

15             THE COURT:  DO YOU DESIRE TO GIVE UP THESE

16   CONSTITUTIONAL RIGHTS?

17             DEFENDANT OLENICOFF:  YES.

18             THE COURT:  MR. ROBBINS, DO YOU JOIN AND CONCUR IN

19   THAT WAIVER?

20             MR. ROBBINS:  I JOIN, YOUR HONOR.

21             THE COURT:  VERY WELL.  I'M READY TO HEAR THEN A

22   FACTUAL BASIS FOR A GUILTY PLEA.

23             MR. SAGEL, IF WE HAD A TRIAL, WHAT WOULD YOU

24   PROVE?

25             MR. SAGEL:  YES, YOUR HONOR.  AND I JUST -- YOUR
```

1    HONOR, LET ME KNOW HOW YOU WANT ME TO PROCEED.  CAN I

2    PROVIDE THE FACTS THAT ARE IN THE FACTUAL BASIS?

3            BUT AS YOU CAN SEE, THERE ARE A LITTLE -- ABOUT

4    TWO PAGES SINGLE SPACE.  I HAVE NO PROBLEM READING THEM, IF

5    YOUR HONOR WANTS, OR I CAN INCORPORATE BY REFERENCING THOSE

6    TWO PAGES.

7            THE COURT:  WELL, LET ME SEE HOW EVERYONE WOULD

8    PREFER WE PROCEED.  I HAVE READ THE FACTUAL BASIS.  I'M

9    FAMILIAR WITH IT.  I'M COMFORTABLE IF ALL THE PARTIES WANT

10   TO WAIVE READING OF THE FACTUAL BASIS.  WE CAN DO THAT.

11           IF MR. OLENICOFF FEELS BETTER -- HE WANTS TO HEAR

12   THOSE FACTS, JUST MAKE SURE HE IS CAREFUL.  THAT'S WHAT WE

13   ARE HERE FOR.  WE CAN DO THAT.

14           SO, MR. ROBBINS, WHY DON'T YOU TELL ME HOW YOU

15   WOULD PREFER TO PROCEED.

16           MR. ROBBINS:  WE WILL WAIVE THE READING AND REFER

17   TO THE STATEMENT IN THE PLEA AGREEMENT.

18           THE COURT:  OKAY.  SO I ASSUME WE ARE

19   INCORPORATING THIS ENTIRE PLEA AGREEMENT INTO THIS HEARING.

20           MR. SAGEL:  YES, YOUR HONOR.

21           THE COURT:  SO, THEN, IF I COULD ASK A FEW

22   QUESTIONS ABOUT THIS FACTUAL BASIS, UNLESS YOU WANT -- AFTER

23   MY QUESTIONS, MR. SAGEL, IF THERE IS ANYTHING YOU WOULD LIKE

24   TO REINFORCE, PLEASE FEEL FREE TO DO SO.

25           MR. SAGEL:  ABSOLUTELY, YOUR HONOR.

```
 1              THE COURT:  OKAY.  I HAVE READ THIS FACTUAL BASIS.
 2    I GUESS THE FIRST QUESTION I HAVE:  ARE ALL THE FACTS THAT
 3    ARE SET FORTH IN THIS FACTUAL BASIS OF YOUR PLEA AGREEMENT,
 4    SIR, TRUE?
 5              DEFENDANT OLENICOFF:  YES.
 6              THE COURT:  DO YOU DISPUTE --
 7              DEFENDANT OLENICOFF:  YES, YOUR HONOR.
 8              THE COURT:  DO YOU DISPUTE ANY OF THOSE FACTS?
 9              DEFENDANT OLENICOFF:  NO, YOUR HONOR.
10              THE COURT:  SO THEN I ASSUME IF YOU ENTER A GUILTY
11    PLEA, IT'S BECAUSE IN FACT YOU ARE GUILTY OF THE CHARGE?
12              DEFENDANT OLENICOFF:  THAT'S CORRECT, YOUR HONOR.
13              THE COURT:  AND ARE YOU PLEADING VOLUNTARILY OF
14    YOUR OWN FREE WILL?
15              DEFENDANT OLENICOFF:  YES, YOUR HONOR.
16              THE COURT:  HAVE THERE BEEN ANY THREATS MADE
17    AGAINST YOU OR A FAMILY MEMBER, SOMEONE YOU HOLD DEAR TO
18    YOUR HEART?
19              DEFENDANT OLENICOFF:  NO, YOUR HONOR.
20              THE COURT:  IT'S IMPORTANT THAT YOU HAVE TOLD
21    MR. ROBBINS EVERYTHING RELEVANT ABOUT YOUR CASE.  I KNOW HE
22    HAS GIVEN YOU ADVICE OF WHAT YOUR RIGHTS, REMEDIES, OPTIONS
23    OF WHAT YOUR DEFENSES ARE.  IF YOU HAVEN'T TOLD HIM
24    EVERYTHING HE NEEDS TO KNOW, HE CANNOT EFFECTIVELY TELL YOU
25    WHAT YOUR RIGHTS, REMEDIES, OPTIONS, DEFENSES ARE.
```

1    HAVE YOU TOLD HIM EVERYTHING HE NEEDS TO KNOW,

2    SIR?

3    DEFENDANT OLENICOFF:  YES, YOUR HONOR.

4    THE COURT:  ARE YOU SATISFIED WITH THE

5    REPRESENTATION THAT HE HAS PROVIDED TO YOU IN THIS CASE?

6    DEFENDANT OLENICOFF:  YES, I AM.

7    THE COURT:  HAS HE GIVEN YOU ENOUGH TIME TO GO

8    OVER WHAT YOUR RIGHTS, REMEDIES, DEFENSES ARE?

9    DEFENDANT OLENICOFF:  YES, YOUR HONOR.

10   THE COURT:  I'M ABOUT READY TO TAKE A GUILTY PLEA

11   FROM YOU ON THE ONE COUNT INFORMATION.  BUT BEFORE I DO

12   THAT, DO YOU HAVE ANY QUESTIONS, CONCERNS, OR COMMENTS?

13   DEFENDANT OLENICOFF:  NO, I DON'T, YOUR HONOR.

14   THE COURT:  MR. ROBBINS, CAN YOU THINK OF ANY

15   REASON WHY I CANNOT NOW ACCEPT A GUILTY PLEA?

16   MR. ROBBINS:  I CANNOT THINK OF A SINGLE REASON,

17   YOUR HONOR.

18   THE COURT:  MR. SAGEL?

19   MR. SAGEL:  NO, YOUR HONOR.

20   THE COURT:  ALL RIGHT.  IF WE CAN THEN TURN TO THE

21   INFORMATION.  MR. OLENICOFF, IF YOU WOULD FOCUS ON THAT

22   COUNT ONE, WHICH IS A VIOLATION OF 26 U.S.C. SECTION

23   7206(1), WHICH IS WILLFULLY FILING OF A FALSE TAX RETURN,

24   WITH RESPECT TO THAT COUNT, SIR, HOW DO YOU PLEAD?

25   GUILT OR NOT GUILTY?

1        DEFENDANT OLENICOFF:  GUILTY, YOUR HONOR.

2        THE COURT:  SIR, I'M GOING TO BE MAKING CERTAIN

3   FINDINGS.  IF YOU DON'T UNDERSTAND WHAT I SAY, OR IF YOU

4   DISAGREE WITH WHAT I SAY, OR SHOULD YOU DESIRE TO CONSULT

5   WITH YOUR ATTORNEY, PLEASE INTERRUPT ME AT ONCE OR ASK HIM

6   TO INTERRUPT ME.  VERY WELL.

7        DEFENDANT OLENICOFF:  YES, YOUR HONOR.

8        THE COURT:  THE COURT HAVING QUESTIONED

9   MR. OLENICOFF AND HIS COUNSEL ON THE OFFER PLEA OF GUILTY TO

10  COUNT ONE OF THE INFORMATION, MR. OLENICOFF AND HIS COUNSEL

11  HAVING ADVISED THE COURT THAT THEY HAVE CONFERRED CONCERNING

12  THE OFFER OF PLEA OF GUILTY AND ALL ASPECTS OF THE CHARGES

13  AGAINST HIM AND ANY DEFENSES HE MAY HAVE AND THE COURT

14  HAVING OBSERVED HIS INTELLIGENCE, DEMEANOR AND ATTITUDE

15  WHILE ANSWERING ANY OF MY QUESTIONS AND THE COURT HAVING

16  OBSERVED THAT HE DOES NOT APPEAR TO BE UNDER THE INFLUENCE

17  OF ANY MEDICINE, DRUG, SUBSTANCE, OR FACTOR WHICH MIGHT

18  AFFECT HIS ACTIONS OR JUDGMENT IN ANY MANNER, THE COURT

19  FINDS THAT THERE IS A FACTUAL BASIS FOR THE PLEA.

20       THE COURT FINDS THAT MR. OLENICOFF HAS ENTERED HIS

21  PLEA FREELY AND VOLUNTARILY WITH A FULL UNDERSTANDING OF THE

22  CHARGES AGAINST HIM AND THE CONSEQUENCES OF THIS PLEA.  THE

23  COURT FINDS THAT HE UNDERSTANDS HIS CONSTITUTIONAL AND

24  STATUTORY RIGHTS AND WISHES TO WAIVE THEM.

25       AND ACCORDINGLY, IT IS ORDERED THAT THE PLEA IS

1  HEREBY ACCEPTED AND ENTERED.

2          SIR, AS WE DISCUSSED EARLIER, WE ARE GOING TO SET

3  A DATE NOW FOR SENTENCING.

4          MICHELLE, HAVE YOU HAD A CHANCE TO GET WITH

5  EVERYONE ON A CONVENIENT DATE AND TIME?

6          THE CLERK:  YES, YOUR HONOR.  APRIL 18TH AT

7  10:00 A.M.

8          MR. SAGEL:  I BELIEVE IT WAS THE 14TH.

9          THE CLERK:  I'M SORRY.  APRIL 14TH.

10          THE COURT:  SHE WAS JUST TESTING YOU GUYS.

11          APRIL 14TH AT 10:00 A.M.

12          THAT WORKS, MR. ROBBINS?

13          MR. ROBBINS:  YES, SIR.

14          MR. SAGEL:  YES, YOUR HONOR.

15          THE COURT:  ALL RIGHT.  SENTENCING ON APRIL 14TH

16  AT 10:00 A.M.

17          I WILL HAVE PROBATION PREPARE A PRESENTENCE

18  INVESTIGATION REPORT.

19          AND AGAIN, SIR, YOU WILL HAVE AN OPPORTUNITY, YOU

20  AND MR. ROBBINS, TO OBJECT TO ANYTHING IN THAT RECORD AND

21  THEN SPEAK TO ME AT THE SENTENCING HEARING.

22          ALL RIGHT.

23          DEFENDANT OLENICOFF:  THANK YOU.

24          THE COURT:  IS THERE ANYTHING ELSE WE NEED TO DO?

25          MR. SAGEL:  CAN I HAVE ONE SECOND, PLEASE?

*DEBORAH D. PARKER, U.S. COURT REPORTER*

```
1              THE COURT:  PLEASE.

2         (PAUSE.)

3              MR. ROBBINS:  CAN WE KEEP THE BAIL THE SAME AS IT

4    IS?

5              THE COURT:  I ASSUME.  IS THERE ANY REASON TO

6    ADDRESS THAT?

7              I DIDN'T MENTION ANYTHING BECAUSE I ASSUMED THERE

8    HAD BEEN NO PROBLEMS ON BAIL.

9              MR. SAGEL:  THAT'S CORRECT, YOUR HONOR.

10             WHAT I JUST SPOKE TO MR. ROBBINS ABOUT, WE HAVE NO

11   PROBLEM KEEPING IT THE SAME.  WE WILL, PROBABLY, AT SOME

12   POINT HAVE TO COME TO YOUR HONOR WITH A STIPULATION TO

13   MODIFY TO TRAVEL FOR HIS OFFSHORE ACCOUNTS.  OTHER THAN

14   THAT, IT CAN REMAIN THE SAME.

15             THE COURT:  WHEN THE TIME IS APPROPRIATE, YOU CAN

16   BRING IT TO MY ATTENTION, AND I DON'T ANTICIPATE HAVING ANY

17   PROBLEM.  IN FACT, THAT SEEMS TO BE A GOOD IDEA SO HE CAN

18   TRAVEL AND TAKE CARE OF THE AFFAIRS AND PERFORM THE

19   OBLIGATION UNDER THE PLEA AGREEMENT.

20             MR. ROBBINS:  THANK YOU, YOUR HONOR.

21             THE COURT:  I'LL SEE YOU IN APRIL.

22             THE CLERK:  ALL RISE.

23        (AT 1:32 P.M., PROCEEDINGS WERE ADJOURNED.)

24

25                         -oOo-
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*

30

```
 1
 2                      CERTIFICATE
 3         I HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
 4   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
 5   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
 6   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
 7   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE
 8   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
 9
10   DATE:  MAY 15, 2008
11
12                      Deborah D. Parker
13              _____
14              DEBORAH D. PARKER, OFFICIAL REPORTER
15
16
17
18
19
20
21
22
23
24
25
```

*DEBORAH D. PARKER, U.S. COURT REPORTER*